CITY AND COUNTY OF HONOLULU, a municipal corporation, Plaintiff-Appellant, *v.* BONDED INVESTMENT COMPANY, LTD.; MOKULEIA RANCH AND LAND COMPANY, LIMITED; JOE LYNN HAYES; FRANK EDMOND NYMAN; CHARLES WARREN TRYCK; and JAMES WAH YOU WONG, Defendants-Appellees

No. 5268

June 28, 1973

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Ted Gamble Clause* (*Case, Stack, Kay, Cronin & Clause* of counsel) for the petition.